**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 13-50710　LTB　Judge: LAURA T. BEYER | Trustee Name: | WAYNE SIGMON, TRUSTEE |
|---|---|---|---|
| Case Name: | VINSON, WILLIAM BRYANT, II | Date Filed (f) or Converted (c): | 08/23/13 (f) |
| | | 341(a) Meeting Date: | 09/23/13 |
| For Period Ending: | 12/31/13 | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. House & Lot 404 Baymount Drive Statesville NC 286 | 285,760.00 | 0.00 | | 0.00 | 0.00 |
| 2. Wells Fargo checking | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 3. Television - $300 BR furn - $200 LR furn - $300 DR | 1,800.00 | 0.00 | | 0.00 | 0.00 |
| 4. clothing | 250.00 | 0.00 | | 0.00 | 0.00 |
| 5. Glock 9MM | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. Kelcet 32 cal | 250.00 | 0.00 | | 0.00 | 0.00 |
| 7. 2006 Mini Cooper S 2 door, stick, 64K | 9,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. TAX REFUND (u)　　FEDERAL $5206. STATE ?? | 0.00 | 0.00 | | 0.00 | 5,206.00 |

TOTALS (Excluding Unknown Values)　$299,060.00　$0.00　$0.00

Gross Value of Remaining Assets　$5,206.00
(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS STILL REVIEWING THIS CASE AND HAS FILED A MOTION FOR TURNOVER OF EXPOSED EQUITY AND DOCUMENTS.

Initial Projected Date of Final Report (TFR): 12/31/14　　Current Projected Date of Final Report (TFR): 12/31/14

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 17.04b